**Robert J. COOLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 61378.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 20, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Dec. 3, 1992.

Application to Transfer Denied
Jan. 26, 1993.

David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. After reviewing the record, we find the motion court did not clearly err in denying Movant's Rule 24.035 Motion. Therefore, we affirm the trial court's decision pursuant to Rule 84.16(b).

No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum, solely for their information, setting forth the reasons for our decision.